IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GARY RAPCZYNSKI, et al., :
:
          Plaintiffs, : 3:14-CV-2441
v. : (JUDGE MARIANI)
:
DIRECTV, LLC, and MASTEC :
NORTH AMERICA, INC., :
:
          Defendants. :

## ORDER

AND NOW, THIS 17TH DAY OF MARCH, 2016, upon consideration of Defendants' Motion to Dismiss (Doc. 29), Defendants' Memorandum of Law in Support thereof (Doc. 29, Ex. 1), Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss (Doc. 35), and Defendants' Reply Brief (Doc. 36), **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 29) is **DENIED** in its entirety.

Robert D. Mariani
United States District Judge